# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1449          **Short Title:** Network Communications International Corporation v. FCC, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Securus Technologies, LLC _____ as the

[  ] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [✓] intervenor(s)

/s/ Jordan R. G. Gonzalez _____          April 29, 2026 _____
Signature                                                 Date

Jordan R. G. Gonzalez _____
Name

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.          202-326-7994 _____
Firm Name (if applicable)                                        Telephone Number

1615 M Street, N.W., Suite 400 _____          202-326- 7999 _____
Address                                                        Fax Number

Washington, DC 20036 _____          jgonzalez@kellogghansen.com _____
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: 1214020 _____

Has this case or any related case previously been on appeal?

[  ] No          [✓] Yes   Court of Appeals No. 24-8028 (1st Cir.); 25-1280 (D.C. Cir.)
===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).